IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Amy Rife,

    Plaintiff,

  -vs-

Adena Health System,

    Defendant.

:    Case No. 2:21-cv-2451
    Judge Sarah D. Morrison
    Magistrate Judge Vascura

:

## ORDER

This matter is before the Court upon consideration of a Report and Recommendation (R&R) issued by the Magistrate Judge on December 13, 2021. (ECF Nos. 19, 20). In that filing, the Magistrate Judge recommended that Plaintiff Amy Rife's action be dismissed with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The time for filing objections has passed, and no objections have been filed. For the reasons set forth in the R&R, the Court hereby **ADOPTS** the R&R (ECF Nos. 19, 20) and **DISMISSES** Plaintiff's entire Complaint **WITH PREJUDICE**.

    **IT IS SO ORDERED.**

    /s/ Sarah D. Morrison
    **SARAH D. MORRISON**
    **UNITED STATES DISTRICT JUDGE**