AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| AMY RIFE, | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 2:21-cv-2451 |
| ADENA HEALTH SYSTEM, | ) |
| Defendant | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (check one):

☐ **the plaintiff** (name) _____ recover from the **defendant** (name) _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant (name) _____ recover costs from the plaintiff (name) _____.

☑ **other:** The Court hereby adopts the Magistrate Judge's Report and Recommendation and dismisses Plaintiff's entire Complaint with prejudice. This case is terminated.

This action was (check one):

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: 1/10/2022

CLERK OF COURT

Theresa J. B_____

Signature of Clerk or Deputy